# EXHIBIT B



January 26, 2023

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004-1357
T: +1 202 508 6000
F: +1 202 508 6200
www.bclplaw.com

Daniel C. Schwartz
Direct: 202-508-6025
Fax: 202-220-7325
dcschwartz@bclplaw.com

**By E-mail**

DEA FOI/Records Management Section
ATTN: FOIA/PA Unit (FSRF)
8701 Morrisette Drive
Springfield, Virginia 22152
E-mail: DEA.FOIA@usdoj.gov
Fax: (202) 307-8556

Dear Sir/Madam,

On behalf of my client, Philip Hansten, I am writing pursuant to the Freedom of Information Act (FOIA), as amended, 5 U.S.C. § 552, and the rules of the Department of Justice issued thereunder, 28 C.F.R. Part 16, to request copies of the following records in the custody or control of the Drug Enforcement Administration (DEA):

1. Records sufficient to show the names, addresses, and business activities of all parties that were issued DEA Form 222s in which the "Date Issued" on the form is 02/11/2021 (February 11, 2021).

2. Records sufficient to show the names, addresses, and business activities of all parties that were issued DEA Form 222s in which the "Date Issued" on the form is 11/01/2021 (November 1, 2021).

Pursuant to FOIA, I expect a response to this Request within 20 days after receipt. Please respond noting whether (1) responsive records will be provided; (2) no responsive records exist; or (3) responsive records are being withheld.

Should DEA believe any of the requested records are exempt from disclosure, I expect DEA to "take reasonable steps necessary to segregate and release" the non-exempt information. If responsive records are withheld in full or redacted in part, please specify each statutory exemption you feel justifies the nondisclosure or redaction and provide a description of the contents withheld, including subject matter, number of pages, and the date(s) of the documents. Please note that this FOIA request is identical substantively – except for different dates of the requested information – to Professor Hansten's FOIA request No. 19-00736-F, for which DEA's production of the requested information was mandated by the decision in *Hansten v. DEA*, No. 21-2043 (RC), 2022 WL 2904151 (D.D.C. July 22, 2022).

With respect to the form of production, I request that responsive electronic records be produced electronically in native file format. If that is not possible, I request that records be produced as text-searchable PDF files.

DEA FOI/Records Management Section
ATTN: FOIA/PA Unit (FSRF)
January 26, 2023
Page 2

If there are any fees in excess of $100.00 for searching and copying these records, please inform me before conducting the search or providing the records.

Please send all responsive documents to phansten@gmail.com and dcschwartz@bclplaw.com.

Thank you for your consideration of this request.

Very truly yours,

*[signature]*

Daniel C. Schwartz