IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP HANSTEN,<br>Plaintiff,<br>v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br>Defendant. | Case No. 1:23-cv-03567-RC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF HIS COMPLAINT**

Plaintiff Professor Philip Hansten ("Professor Hansten" or "Plaintiff") notices voluntary dismissal of his Complaint pursuant to FRCP 41(a)(1)(A) and states as follows:

On November 30, 2023, Professor Hansten filed the Complaint to this case for an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), for injunctive and other appropriate relief for production of agency records in the possession of the United States Drug Enforcement Administration ("DEA" or "Defendant") in response to two requests properly made by Plaintiff. The first request ("First Request") occurred on January 26, 2023 and the second request ("Second Request") occurred on February 7, 2023.

On February 14, 2024, eighty-six (86) days after Professor Hansten filed the original Complaint on December 4, 2023 and 746 days after he filed the First Request, Defendant addressed to Plaintiff's counsel a form letter denying Plaintiff's First Request. The Defendant has not sent a similar letter in response to the Second Request.

On March 15, 2024, Plaintiff consented to Defendant's request for two-week extension for

Defendant to file an Answer to the Complaint with the understanding that Defendant would make a complete and full production in response to Plaintiff's two outstanding FOIA requests within that time. On March 16, 2024, the Court granted Defendant's consent motion for an extension of two weeks to respond to the Complaint.

On March 28, 2024, Defendant provided to Plaintiff's counsel productions by DEA purportedly in full response to Plaintiff's First and Second Requests. Because that production occurred just before the long Easter weekend, at Plaintiff's request, Defendant filed and the Court granted Defendant's joint motion to extend until April 8, 2024, the deadline for Defendant to respond to the Complaint.

On April 1, 2024, in response to an inquiry from Plaintiff's counsel, Defendant's counsel "confirm[ed] that the [DEA's FOIA] production is complete without any withholdings."

Accordingly, because Defendant has not served either an answer, a motion for summary judgment, or any other substantive response to the Complaint, Plaintiff hereby gives notice pursuant to Rule 41(a)(1)(A) of Plaintiff's voluntary dismissal of the Complaint.

Dated: April 3, 2024                         Respectfully submitted,

                                             */s/ Daniel C. Schwartz*
                                             Daniel C. Schwartz (D.C. Bar # 0017749)
                                             **BRYAN CAVE LEIGHTON PAISNER LLP**
                                             1155 F Street, NW
                                             Washington, D.C. 20004
                                             Telephone: 202-508-6000
                                             E-mail: daniel.schwartz@bclplaw.com